```
FILED by ___KS___ D.C.
Jul 20, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### 21-60208-CR-SMITH/VALLE

CASE NO. _____

18 U.S.C. § 554
18 U.S.C. § 922(e)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

PIERRE MICHEL ALFRED,
    a/k/a Jean Michel,

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Smuggling Goods Outside the United States
### (18 U.S.C. § 554)

Beginning on or about February 9, 2020 and continuing until on or about February 21, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PIERRE MICHEL ALFRED,**
a/k/a Jean Michel,

did fraudulently and knowingly export and attempt to export and send from the United States to Haiti, a place outside of the United States, any merchandise, article, and object, that is, multiple firearms and ammunition, and did conceal and facilitate transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for

1

exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Section 922(e); all in violation of Title 18, United States Code, Section 554(a).

## COUNT 2
**Delivery of Firearms to a Common Carrier Without Written Notification**
**(18 U.S.C. § 922(e))**

Beginning on or about February 9, 2020 and continuing until on or about February 21, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PIERRE MICHEL ALFRED,**
a/k/a Jean Michel,

did knowingly and willfully deliver and cause to be delivered to a common carrier, for transportation and shipment in foreign commerce to a person, other than a licensed importer, manufacturer, dealer, and collector, a package and container containing a firearm and ammunition, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PIERRE MICHEL ALFRED**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 922(e), as

alleged in Count 2 of this Indictment, the defendant, **PIERRE ALFRED**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

4. All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*[signature]*
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PIERRE ALFRED
   a/k/a Jean Michel

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
☐ Miami ☐ Key West ☒ FTL
☐ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   0 to 5 days   ☒
   II  6 to 10 days  ☐
   III 11 to 20 days ☐
   IV 21 to 60 days ☐
   V  61 days and over ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor ☐
   Felony        ☒

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_/s/ Marc_____
Marc S. Anton
Assistant United States Attorney
FLA Bar No.    0148369

*Penalty Sheet(s) attached                                                                    REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**PIERRE ALFRED a/k/a Jean Michel**</u>

**Case No:** _____

Count #: 1

  Smuggling Goods Outside the United States

  In violation of Title 18, United States Code, Section 554

\* **Max. Penalty:** Ten (10) years imprisonment; $250,000 fine; and three (3) years supervised release.

Count #: 2

  Delivery of Firearms to a Common Carrier Without Written Notification

  In violation of Title 18, United States Code, Section 922(e)

\***Max. Penalty:** Five (5) years imprisonment; $250,000 fine; and three (3) years supervised release

Count #:

\***Max. Penalty:**

Count #:

\***Max. Penalty:**

  \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.